UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PUVERGE CLAUDY,

        Petitioner,

vs.                              Case No. 3:05-cv-1285-J-12HTS

ALBERTO GONZALES, etc.; et al.,

        Respondents.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1) on December 16, 2005; however, Petitioner did not pay the $5.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this action will be dismissed without prejudice. See also 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Petitioner decides to initiate a new habeas corpus case, he must pay the $5.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action.

Accordingly, it is now

**ADJUDGED:**

1.  This Petition is **DISMISSED** without prejudice.

2.  The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3.  The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 22ND day of February, 2006.

                                    Howell W. Melton
                                UNITED STATES DISTRICT JUDGE

sc 2/22
c:
Puverge Claudy